UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendants,<br><br>And<br><br>ASPEN TECHNOLOGY, INC., a DELAWARE Corporation,<br><br>Nominal Defendant. | Case No.  04-12524 |

## NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that as of December 10, 2004, the law firm of Robbins, Umeda & Fink, LLP will change its address from 1010 Second Avenue, Suite 2360, San Diego, CA 92101 to:

ROBBINS UMEDA & FINK, LLP
610 West Ash Street
Suite 1800
San Diego, CA  92101-3350

The telephone and facsimile numbers will remain the same.  Please revise your

records accordingly.

Dated:  December 7, 2004

                                                Attorneys for Plaintiff,

/s/_____
Mary T. Sullivan, BBO #487130
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
Telephone:  617-742-0208
Facsimile:  617-742-2187

Brian J. Robbins
Jeffrey P. Fink
ROBBINS, UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, CA  92101-3350
Telephone:  619-525-3990
Facsimile:  619-525-3991