# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the
New Hampshire Bar

**Also Admitted to
the California Bar

January 4, 2005

Lisa Hourihan, Deputy Clerk
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
One Courthouse Way
Boston, MA  02210

Re:   **Gary Caviness v. Aspen Technology, Inc.**
      **United States District Court, C.A. No. 04-12524-RCL**

Dear Ms. Hourihan:

This is to request two more summons in this matter. I have provided a self addressed stamped envelope.

Thank you for your attention and assistance.

Very truly yours,

Mary T. Sullivan

Encl.
cc:   Jeff Fink, Esq.
Mts/wld
Mts/indiA-F/Caviness/letters/clerk2.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187