UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                        :
        Plaintiff,                          Civil Action
                                        :   No. 04-12524-RCL
    v.
                                        :
LAWRENCE B. EVANS, LISA W. ZAPPALA,
DAVID L. MCQUILLIN, CHARLES F. KANE,     :
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,       :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.       :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,                              :

        Defendants,                      :

and                                      :

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,
                                        :
        Nominal Defendant.
---------------------------------- x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for defendants Aspen Technology, Inc. ("AspenTech"), Stephen M. Jennings, Joan C. McArdle, Michael Pehl, Douglas A. Kingsley, Gary E. Haroian, Mark Fusco, Donald P. Casey (the "Current Outside-Directors"), Stephen L. Brown, Joseph F. Boston, Douglas R. Brown, Gresham T. Brebach (the "Former Outside-Directors") and Charles F. Kane.

Dated: January 7, 2005
      Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Aspen Technology, Inc.,
the Current Outside-Directors, the Former
Outside-Directors and Charles F. Kane

## Certificate Of Service

    I, Kerry Dakin, hereby certify that on January 7, 2005, I caused a true copy of the foregoing Notice of Appearance to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: January 7, 2005

_____
Kerry Dakin

## SERVICE LIST

**BY HAND**
Mary T. Sullivan
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

**BY FEDEX**
Brian J. Robbins
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
(619) 525-3990

**Counsel for Plaintiff**