UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                      :
         Plaintiff,                         Civil Action
    v.                                :     No. 04-12524-RCL

LAWRENCE B. EVANS, LISA W. ZAPPALA,   :
DAVID L. MCQUILLIN, CHARLES F. KANE,
STEPHEN M. JENNINGS, JOAN C.          :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.
KINGSLEY, GARY E. HAROIAN, MARK       :
FUSCO, DONALD P. CASEY, STEPHEN L.
BROWN, JOSEPH F. BOSTON, DOUGLAS R.   :
BROWN and GRESHAM T. BREBACH,
                                      :
         Defendants,
and                                   :

ASPEN TECHNOLOGY INC., a Delaware corpo- :
ration,
                                      :
         Nominal Defendant.
------------------------------------- x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Aspen Technology, Inc. ("Aspen"), hereby submits the following corporate disclosure statement:

> Aspen, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 7, 2005
       Boston, Massachusetts

Respectfully submitted,

*/s/ Thomas J. Dougherty*
Thomas J. Dougherty (BBO #132300)
Justin Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Aspen Technology, Inc.

## Certificate of Service

I, Kerry Dakin, hereby certify that on January 7, 2005, I caused a true copy of the foregoing Corporate Disclosure Statement to be served by first class mail, postage prepaid, upon counsel of record as indicated on the Service List attached hereto.

Dated: January 7, 2005

*/s/ Kerry Dakin*
Kerry Dakin

2

## SERVICE LIST

**BY HAND**
Mary T. Sullivan
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

**BY FEDEX**
Brian J. Robbins
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
(619) 525-3990

**Counsel for Plaintiff**