UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                        :
        Plaintiff,                          Civil Action
                                        :   No. 04-12524-RCL
    v.
                                        :
LAWRENCE B. EVANS, LISA W. ZAPPALA,         **ORAL ARGUMENT**
DAVID L. MCQUILLIN, CHARLES F. KANE,     :  **REQUESTED**
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,       :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.       :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,                              :

        Defendants,                      :

and                                      :

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,
                                         :
        Nominal Defendant.
---------------------------------x

## ASPEN TECHNOLOGY, INC.'S, THE OUTSIDE-DIRECTORS' AND CHARLES F. KANE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 23.1

Pursuant to Fed. R. Civ. P. 23.1, Aspen Technology, Inc. ("AspenTech"), Stephen M. Jennings, Joan C. McArdle, Michael Pehl, Douglas A. Kingsley, Gary E. Haroian, Mark Fusco, Donald P. Casey (the "Current Outside-Directors"), Stephen L. Brown, Joseph F. Boston, Douglas R. Brown, Gresham T. Brebach (the "Former Outside-Directors") and Charles F. Kane respectfully move this Court to dismiss the Plaintiff's purported Verified Shareholder Derivative Complaint (the "Complaint") for failure to make a demand on the board of directors of AspenTech and for failing to allege particu-

larized facts showing why Plaintiff's failure to make a demand should be excused. The grounds for this motion are set forth more fully in the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), AspenTech and the Current Outside-Directors respectfully request oral argument on this motion.

Dated: January 7, 2005
Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Aspen Technology, Inc.,
the Current Outside-Directors the Former
Outside-Directors and Charles F. Kane

### Certificate Under Local Rule 7.1(A)(2)

I, Thomas J. Dougherty, hereby certify that on January 7, 2005, I conferred with counsel for Mr. Caviness in an attempt to resolve or narrow the issues involved in this motion.

Dated: January 7, 2005

_____
Thomas J. Dougherty

### Certificate Of Service

I, Kerry Dakin, hereby certify that on January 7, 2005, I caused a true copy of the foregoing Aspen Technology, Inc.'s, The Outside-Directors' And Charles F. Kane's Motion To Dismiss Pursuant to Fed. R. Civ. P. 23.1 to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: January 7, 2005

_____
Kerry Dakin

## SERVICE LIST

**BY HAND**
Mary T. Sullivan
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

**BY FEDEX**
Brian J. Robbins
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
(619) 525-3990

**Counsel for Plaintiff**