UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 25  P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendants,<br><br>and<br><br>ASPEN TECHNOLOGY INC., a Delaware corporation,<br><br>Nominal Defendant. | Civil Action No. 04-12524-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas Theodorou, Brandon F. White and Kevin B. Currid of the law firm of Foley Hoag LLP as counsel of record for defendant Lawrence B. Evans in the above-captioned matter.

Dated: January 25, 2005

Respectfully submitted,

*[signature]*

Nicholas Theodorou (BBO # 495730)
Brandon F. White (BBO # 525020)
Kevin B. Currid (BBO# 644413)
FOLEY HOAG LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

## CERTIFICATE OF SERVICE

I, Kevin B. Currid, hereby certify that on January 25, 2005, I caused a copy of the foregoing Notice of Appearance to be served upon counsel of record by United States mail.

*[signature]*

Kevin B. Currid