UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -1  P 4:33

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------- x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                       :   Civil Action
            Plaintiff,                     No. 04-12524-RCL
     v.                                :

LAWRENCE B. EVANS, LISA W. ZAPPALA,    :
DAVID L. MCQUILLIN, CHARLES F. KANE,
STEPHEN M. JENNINGS, JOAN C.           :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.
KINGSLEY, GARY E. HAROIAN, MARK        :
FUSCO, DONALD P. CASEY, STEPHEN L.
BROWN, JOSEPH F. BOSTON, DOUGLAS R.    :
BROWN and GRESHAM T. BREBACH,
                                       :
            Defendants,
                                       :
and
                                       :
ASPEN TECHNOLOGY INC., a Delaware
corporation,                           :

            Nominal Defendant.         x
------------------------------------- 

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, as follows:

1)   Undersigned Counsel to Lawrence B. Evans agrees to accept service on his behalf. All other Defendants have been properly served.

2)   The time in which Lawrence B. Evans, Lisa W. Zappala and David L. McQuillin have to answer or otherwise plead is extended to February 9, 2005.

3) The time for plaintiff Gary Caviness to respond to any motion to dismiss filed or to be filed by the Defendants (including Aspen Technology, Inc.'s, The Outside Directors' and Charles F. Kane's Motion To Dismiss Pursuant To Fed. R. Civ. P. 23.1 filed on January 7, 2005) or, in the alternative, to file an Amended Complaint is hereby extended until March 30, 2005.

Dated: February 1, 2005
Boston, Massachusetts

*Mary T. Sullivan (KD)*
Mary T. Sullivan (BBO #487130)
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, Massachusetts 02108
(617) 742-0208

Brian J. Robbins
Jeffrey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101
(619) 525-3990

Counsel for Plaintiff
Gary Caviness

Respectfully submitted,

*Thomas J. Dougherty*
Thomas J. Dougherty (BBO #132300)
Justin Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants Aspen Technology, Inc., the Current Outside-Directors, the Former Outside-Directors and Charles F. Kane

*Nicholas Theodorou (KD)*
Nicholas Theodorou (BBO #495730)
Brandon White (BBO #525020)
Kevin Currid (BBO #644413)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for Defendant
Lawrence B. Evans

_____
John J. Falvey, Jr. (BBO #542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

Counsel for Defendant
Lisa W. Zappala

_____
John A.D. Gilmore (BBO #478680)
PIPER RUDNICK LLP
One International Place.
Boston, Massachusetts 02110
(617) 406-6000

Counsel for Defendant
David L. McQuillin


APPROVED AND SO ORDERED:


Dated: _____

Reginald C. Lindsay
United States District Judge