UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                   :    Civil Action
       Plaintiff,                       No. 04-12524-RCL
  v.                                     :

LAWRENCE B. EVANS, LISA W. ZAPPALA, :
DAVID L. MCQUILLIN, CHARLES F. KANE,
STEPHEN M. JENNINGS, JOAN C. :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.
KINGSLEY, GARY E. HAROIAN, MARK :
FUSCO, DONALD P. CASEY, STEPHEN L.
BROWN, JOSEPH F. BOSTON, DOUGLAS R. :
BROWN and GRESHAM T. BREBACH,
                                   :
       Defendants,
                                   :
and
                                   :
ASPEN TECHNOLOGY, INC., a Delaware
corporation,                      :

       Nominal Defendant.   x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DEFENDANT LAWRENCE B. EVANS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 23.1

      Pursuant to Fed. R.Civ. P. 23.1, Defendant Lawrence B. Evans ("Evans") hereby moves to dismiss plaintiff's Verified Shareholder Derivative Complaint for failure to make a demand on the board of directors of Aspen Technology, Inc. and for failing to allege particularized facts showing why plaintiff's failure to make a demand should be excused. In support of his Motion, Evans submits the accompanying memorandum.

|  |  |
|---|---|
| | /s/ Kevin B. Currid |
| | Nicholas C. Theodorou (BBO #495730) |
| | Brandon F. White (BBO #525020) |
| | Kevin B. Currid (BBO #644413) |
| | FOLEY HOAG LLP |
| | Seaport World Trade Center West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts 02210 |
| Dated: February 7, 2005 | (617) 832-1000 |
| | |
| | Counsel for Defendant |
| | Lawrence B. Evans |

2