UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GARY CAVINESS, Derivatively on Behalf of    :
ASPEN TECHNOLOGY INC.,
                                            :   Civil Action
              Plaintiff,                        No. 04-12524-RCL
       v.                                   :

LAWRENCE B. EVANS, LISA W. ZAPPALA,         :
DAVID L. MCQUILLIN, CHARLES F. KANE,
STEPHEN M. JENNINGS, JOAN C.                :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.
KINGSLEY, GARY E. HAROIAN, MARK             :
FUSCO, DONALD P. CASEY, STEPHEN L.
BROWN, JOSEPH F. BOSTON, DOUGLAS R.         :
BROWN and GRESHAM T. BREBACH,
                                            :
              Defendants,
                                            :
and
                                            :
ASPEN TECHNOLOGY, INC., a Delaware
corporation,                                :

              Nominal Defendant.            x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**MEMORANDUM IN SUPPORT OF DEFENDANT**
<u>**LAWRENCE B. EVAN'S MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 23.1**</u>

Defendant Lawrence B. Evans moves to dismiss plaintiff's Verified Shareholder Derivative Complaint pursuant to Fed.R.Civ.P. 23.1, for the reasons stated in Aspen Technology, Inc.'s, The Outside Directors' and Charles F. Kane's Memorandum of Law in Support of Their Motion To Dismiss Pursuant to Fed.R.Civ.P. 23.1 filed on January 7, 2005.

                                                    Respectfully submitted,

                                                    /s/ Kevin B. Currid
                                                  Nicholas C. Theodorou (BBO #495730)
                                                  Brandon F. White (BBO #525020)
                                                  Kevin B. Currid (BBO #644413)
                                                  FOLEY HOAG LLP
                                                  Seaport World Trade Center West
                                                  155 Seaport Boulevard
                                                  Boston, Massachusetts 02210
Dated:  February 7, 2005                  (617) 832-1000

                                                  Counsel for Defendant
                                                  Lawrence B. Evans