UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>　　　　Defendant,<br><br>　and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>　　　　Nominal Defendant. | Civil Action No.04-12524-RCL |

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Falvey, Jr. and Christopher C. Nee in the above-captioned matter as counsel for defendant Lisa W. Zappala.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ Christopher C. Nee
　　　　　　　　　　　　　　　　　　John J. Falvey, Jr. (BBO # 542674)
　　　　　　　　　　　　　　　　　　Christopher C. Nee (BBO # 651472)
　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　Boston, MA 02109-2881
Dated: February 14, 2005　　　　　　(617) 570-1000

LIBA/1456665.2

LIBA/1456665.2