UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 FEB -9 P 4: 5 !

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendant,<br><br>and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>Nominal Defendant. | Civil Action No.04-12524-RCL |

## DEFENDANT LISA W. ZAPPALA'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 23.1, Defendant Lisa W. Zappala ("Zappala") hereby moves to dismiss plaintiff's Verified Shareholder Derivative Complaint for failure to make a demand on the board of directors of Aspen Technology, Inc. and for failing to allege particularized facts showing why plaintiff's failure to make a demand should be excused. In support of this Motion, Zappala submits the accompanying memorandum.

LIBA/1453084.2

-2-

Respectfully submitted,

_____
John J. Falvey, Jr. (BBO#542674)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: February 9, 2005

### LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

I, John J. Falvey, Jr., hereby certify that, on February 9, 2005, counsel for defendant Lisa W. Zappala conferred with counsel for the plaintiff but did not obtain assent for this Motion to Dismiss. I hereby further certify that, on February 9, 2005, I caused a true copy of the foregoing Defendant Lisa W. Zappala's Motion to Dismiss to be served by first class mail, postage prepaid to the attached service list.

Dated: February 9, 2005                       _____
                                              John J. Falvey, Jr.

## SERVICE LIST

Kevin B. Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Robbins Umeda & Fink LLP
610 West Ash, Suite 1800
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP,
One Beacon Street
Boston, Massachusetts 02108

John A. D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613