UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9 P 4: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendant,<br><br>and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>Nominal Defendant. | Civil Action No.04-12524-RCL |

**MEMORANDUM IN SUPPORT OF DEFENDANT
<u>LISA W. ZAPPALA'S MOTION TO DISMISS</u>**

Defendant Lisa W. Zappala moves to dismiss plaintiff's Verified Shareholder Derivative Complaint pursuant to Fed.R.Civ.P. 23.1, for the reasons stated in Aspen Technology, Inc.'s, the Outside Directors', and Charles F. Kane's Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Fed.R.Civ.P. 23.1 filed on January 7, 2005.

LIBA/1452987.1

Respectfully submitted,

_____
John J. Falvey, Jr. (BBO#542674)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, John J. Falvey, Jr., hereby certify that, on February 9, 2005, I caused a true copy of the foregoing Memorandum in Support of Defendant Lisa W. Zappala's Motion to Dismiss to be served by first class mail, postage prepaid to the attached service list.

Dated: February 9, 2004
                                                        _____
                                                       John J. Falvey, Jr.

## SERVICE LIST

Kevin B. Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Robbins Umeda & Fink LLP
610 West Ash, Suite 1800
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP,
One Beacon Street
Boston, Massachusetts 02108

John A. D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613

LIBA/1452987.1