UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9  P 4: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendant,<br><br>and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>Nominal Defendant. | Civil Action No.04-12524-RCL |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of attorney John J. Falvey, Jr. has changed effective February 9, 2005. Please direct all communications to the new address and phone number below.

Respectfully submitted,

_____
John J. Falvey, Jr. (BBO#542674)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
Tel: 617.570.1000
Fax: 617-523-1231

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, John J. Falvey, Jr., hereby certify that, on February 9, 2005, I caused a true copy of the foregoing Notice of Change of Address to be served by first class mail, postage prepaid to the attached service list.

Dated: February 9, 2004

_____
John J. Falvey, Jr.

LIBA/1453104.1

-2-

## SERVICE LIST

Kevin B. Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Robbins Umeda & Fink LLP
610 West Ash, Suite 1800
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP,
One Beacon Street
Boston, Massachusetts 02108

John A. D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613