FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 15  A 10: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY, INC.,<br><br>Plaintiff<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. McQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. McCARDLE, MICHAEL PHEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendants,<br><br>And<br><br>ASPEN TECHNOLOGY INC., a Delaware Corporation<br><br>Nominal Defendant. | Civil Action<br>No. 04-12524-RCL |

## NOTICE OF APPEARANCE

### TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this matter as counsel for defendant David L. McQuillin.

Respectfully submitted,

_____
John A.D. Gilmore (BBO #193060)
PIPER RUDNICK LLP
One International Place
Boston, MA 02110
(617) 406-6000

Dated: February 15, 2005

2

## CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on February 15, 2005, I caused a true copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid upon counsel of record per the attached service list.

_____
John A.D. Gilmore

SERVICE LIST

Kevin B. Currid, Esq
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

John J. Falvey, Jr., Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881