```
                                          FILED
                                     IN CLERKS OFFICE

              UNITED STATES DISTRICT COURT  FEB -9  P 3: 34
                    DISTRICT OF MASSACHUSETTS
                                          U.S. DISTRICT COURT
                                          DISTRICT OF MASS.
```

| | |
|---|---|
| GARY CAVINESS, Derivatively on<br>Behalf of ASPEN TECHNOLOGY, INC.,<br><br>                Plaintiff<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA,<br>DAVID L. McQUILLIN, CHARLES F. KANE, STEPHEN M.<br>JENNINGS, JOAN C. McCARDLE, MICHAEL PEHL,<br>DOUGLAS A. KINGSLEY, GARY E. HAROIAN,<br>MARK FUSCO, DONALD P. CASEY, STEPHEN L.<br>BROWN, JOSEPH F. BOSTON, DOUGLAS R.<br>BROWN and GRESHAM T. BREBACH,<br><br>                Defendants,<br><br>And<br><br>ASPEN TECHNOLOGY INC., a Delaware Corporation<br><br>                Nominal Defendant. | Civil Action<br>No. 04-12524-RCL |

## DEFENDANT DAVID McQUILLIN'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 23.1, Defendant David L. McQullin ("McQullin") hereby moves to dismiss plaintiff's Verified Shareholder Derivative Complaint for failure to make a demand on the board of directors of Aspen Technology, Inc. and for failure to allege

particularized facts showing why plaintiff's failure to make a demand should be excused. In support of this Motion, McQullin submits the accompanying memorandum.

Respectfully submitted,

_____
John A.D. Gilmore (BBO#542674)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110-2600
617.406.6000

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on February 9. 2005, I caused a true copy of the foregoing Defendant, David L. McQuillin's Motion to Dismiss to be served by overnight courier and facsimile to the attached service list.

_____
John A.D. Gilmore

2