## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GARY CAVINESS, Derivatively on Behalf
of ASPEN TECHNOLOGY INC.,

       Plaintiff,

       v.

LAWRENCE B. EVANS, LISA W.
ZAPPALA, DAVID L. MCQUILLIN,
CHARLES F. KANE, STEPHEN M.
JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A.
KINGSLEY, GARY E. HAROIAN, MARK
FUSCO, DONALD P. CASEY, STEPHEN L.
BROWN, JOSEPH F. BOSTON, DOUGLAS
R. BROWN and GRESHAM T. BREBACH,

       Defendants,

and

ASPEN TECHNOLOGY INC., a Delaware
corporation,

       Nominal Defendant.

Civil Action No. 04-12524-RCL

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Kevin B. Currid, one of the attorneys for defendant Lawrence B. Evans ("Evans"), state

that on February 1, 2005, I conferred with counsel for plaintiff Gary Caviness, and we were

unable to resolve the issues raised in Evans' Motion to Dismiss Pursuant to Fed.R.Civ.P. 23.1

dated and filed with the court on February 7, 2005.

                                      */s/* Kevin B. Currid_____
                                        Kevin B. Currid  (BBO# 644413)

Dated: February 17, 2005