UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARY CAVINESS,<br>             Plaintiff<br><br>v.<br><br>LAWRENCE B. EVANS, ET AL<br>             Defendants | Civil Action No. 04-12524-RCL |

## RECUSAL ORDER

I hereby recuse myself with respect to the above-entitled action, because of my association in private law practice with counsel representing the David Mcquillin.

_____
United States District Judge

DATED: February 18, 2005