UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY CAVINESS, Derivatively on ）
Behalf of ASPEN TECHNOLOGY, INC., ）
   ）
       Plaintiff ）
   ）
v. ）
   ）   Civil Action
   ）   No. 04-12524-RCL
LAWRENCE B. EVANS, LISA W. ZAPPALA, ）
DAVID L. McQUILLIN, CHARLES F. KANE, STEPHEN M. ）
JENNINGS, JOAN C. McCARDLE, MICHAEL PHEHL, ）
DOUGLAS A. KINGSLEY, GARY E. HAROIAN, ）
MARK FUSCO, DONALD P. CASEY, STEPHEN L. ）
BROWN, JOSEPH F. BOSTON, DOUGLAS R. ）
BROWN and GRESHAM T. BREBACH, ）
   ）
       Defendants, ）
   ）
And ）
   ）
ASPEN TECHNOLOGY INC., a Delaware Corporation ）
   ）
       Nominal Defendant. ）
   ）

## DAVID McQUILLIN'S RENEWED MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 23.1, Defendant David L. McQuillin ("McQuillin") hereby moves to dismiss plaintiff's Verified Shareholder Derivative Complaint for failure to make a demand on the Board of Directors of Aspen Technology, Inc. and for failure to allege particularized facts showing why plaintiff's failure to make a demand should be excused. In support of this Motion, McQuillin submits the accompanying memorandum.

Respectfully submitted,

_____
John A.D. Gilmore (BBO#542674)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110-2600
617.406.6000

Dated: February 17, 2005

CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on February 17, 2005, I caused a true copy of the foregoing Defendant, David L. McQuillin's Renewed Motion to Dismiss to be served upon counsel of record on the attached service list by facsimile and first-class mail.

_____
John A.D. Gilmore

DISTRICT OF MASS.
DISTRICT COURT
2005 FEB 17 P 4:07
IN CLERKS OFFICE
FILED

~Bos. 319439.1

2

## SERVICE LIST

Kevin B. Currid, Esq
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John Falvey, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109