UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY, INC.,<br><br>Plaintiff<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. McQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. McCARDLE, MICHAEL PHEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>Defendants,<br><br>And<br><br>ASPEN TECHNOLOGY INC., a Delaware Corporation<br><br>Nominal Defendant. | Civil Action<br>No. 04-12524-RCL |

## MEMORANDUM IN SUPPORT OF DEFENDANT DAVID McQUILLIN'S RENEWED MOTION TO DISMISS

Defendant David L. McQullin ("McQullin") moves to dismiss plaintiff's Verified Shareholder Derivative Complaint pursuant to Fed. R. Civ. P. 23.1, for the reasons stated in Aspen Technology, Inc.'s, the Outside Directors', and Charles F. Kane's Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Fed. R. Civ. P. 23.1 filed on January 7, 2005.

Respectfully submitted,

DAVID L. McQUILLIN,

By his attorneys,

_____
John A.D. Gilmore (BBO#542674)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110-2600
617.406.6000

Dated: February 17, 2005

## CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on February 17, 2005, I caused a true copy of the foregoing Memorandum in Support of Defendant, David L. McQuillin's Renewed Motion to Dismiss to be served upon counsel of record on the attached service list by facsimile and first-class mail.

_____
John A.D. Gilmore

SERVICE LIST

Kevin B. Currid, Esq
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John Falvey, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109