AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE

05 MAR 30 P 4:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

GARY CAVINESS

V.

LAWRENCE B. EVANS, et al.
and nominal defendant Aspen
Technology, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12524 JLT

TO: (Name and address of Defendant)

Michael Pehl
18 Page Road
Lincoln, MA 01773

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
11 Beacon St., Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

| Attorney or Party without Attorney: <br> Brian J. Robbins, Esq., Bar #190264 <br> Robbins Umeda & Fink, LLP <br> 1010 Second Avenue, Suite 2360 <br> San Diego, CA 92101 <br> Telephone No: (619) 525-3990    FAX No: (619) 525-3991 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - District Of Massachusetts |

| Plaintiff: Gary Caviness |
|---|
| Defendant: Lawrence B. Evans, et al. |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 0412524RCL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:         Michael Pehl
   b. Person served:        Party in item 3a

4. Address where the party was served:   18 Page Road
                                         Lincoln, MA  01773

5. I served the party:
   b. **by substituted service.** On: Mon., Dec. 27, 2004 at: 8:15PM I left the documents listed in item 2 with or in the presence of:
      Mrs. Pehl, Wife and Occupant White Female 40 Years Old, Blond Hair, Brown Eyes, 5 Feet 5 Inches, 130 Pounds
   (2) **(Home)**Competent Member of the Household over 18 I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. James Campbell



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

Fee for Service:      $132.67
I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

_____
            (signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County.

My Commission Expires _____
                          (Date)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

AFFIDAVIT OF SERVICE

_____
        (Notary Public)

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

brrob.24411

| Attorney or Party without Attorney:<br>Brian J. Robbins, Esq., Bar #190264<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | | | | |
| Plaintiff: Gary Caviness | | | | |
| Defendant: Lawrence B. Evans, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>0412524RCL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:     Thu., Dec. 30, 2004
   b. Place of Mailing:    Sacramento, CA 95814
   c. Addressed as follows: Michael Pehl
                            18 Page Road
                            Lincoln, MA 01773

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 30, 2004 in the ordinary course of business.

5. Person Serving
   a. Janis Dingman
   b. 1st NATIONWIDE LEGAL SERVICES, INC.
      501 12th Street
      Sacramento, CA 95814
   c. (916) 449-8990, FAX (916) 449-8991

   Fee for Service:    $132.67
   I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

   DEC 3 0 2004
   (Date)                (signature)

S. L. NELSON
Commission # 1308504
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2005

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County.

   My Commission Expires 6-10-05
                         (Date)

   Judicial Council form POS-010          AFFIDAVIT OF SERVICE         (Notary Public)         brrob.24411
   Rule 982.9.(a)&(b) Rev July 1, 2004          By Mail