AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GARY CAVINESS

**SUMMONS IN A CIVIL ACTION**

V.

LAWRENCE B. EVANS, et al. and
nominal defendant ASPEN TECHNOLOGY, INC.

CASE NUMBER: 04 12524 RCL

TO: (Name and address of Defendant)
Lisa W. Zappala
379 Charles River St.
Needham, MA 02492

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary T. Sullivan
11 Beacon St., Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

| Attorney or Party without Attorney:<br>Brian J. Robbins, Esq., Bar #190264<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br>Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District Of Massachusetts | |
| Plaintiff: Gary Caviness | |
| Defendant: Lawrence B. Evans, et al. | |

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>0412524RCL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:          Lisa W. Zappala
   b. Person served:         Lisa W. Zappala, Personally

4. Address where the party was served:    379 Charles River Street
                                           Needham, MA 02492-1005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Dec. 27, 2004 (2) at: 10:50PM

7. Person Who Served Papers:
   a. Bernardino Lopes



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

Fee for Service:    $130.00

I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

_____
(signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County.

My Commission Expires_____
                        (Date)

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

MARIA BARROS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

AFFIDAVIT OF SERVICE

_____
(Notary Public)

brrob.24407