AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED IN CLERK'S OFFICE

GARY CAVINESS

**SUMMONS IN A CIVIL ACTION**

2005 MAR 30 P 4:41

V.

DISTRICT COURT
DISTRICT OF MASS.

LAWRENCE B. EVANS, et al. and nominal
defendant ASPEN TECHNOLOGY, INC.

CASE NUMBER: 04-12524 RCL

TO: (Name and address of Defendant)

   Lawrence B. Evans
   29 Coolidge Hill Rd.
   Cambridge, MA 02138

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Mary T. Sullivan
   11 Beacon St., Suite 500
   Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _[signature]_

DEC 1 – 2004

DATE

(By) DEPUTY CLERK

| Attorney or Party without Attorney: <br> Brian J. Robbins, Esq., Bar #190264 <br> Robbins Umeda & Fink, LLP <br> 1010 Second Avenue, Suite 2360 <br> San Diego, CA 92101 <br> Telephone No: (619) 525-3990   FAX No: (619) 525-3991 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District Of Massachusetts | |
| Plaintiff: Gary Caviness | |
| Defendant: Lawrence B. Evans, et al. | |
| **AFFIDAVIT OF SERVICE**   Hearing Date:   Time:   Dept/Div: | Case Number: <br> 0412524RCL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a. Party served:                       Lawrence B. Evans
   b. Person served:                     Party in item 3a

4. Address where the party was served:   29 Coolidge Hill Road
                                          Cambridge, MA  02138

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 11, 2005 at: 8:30AM I left the documents listed in item 2 with or in the presence of:
   Beverly Evans, Wife and Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18 I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. James Campbell

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

   1/12/05       James Campbell
   (Date)        (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires_____
                        (Date)

   AFFIDAVIT OF SERVICE        (Notary Public)   brrob.24406
   Judicial Council form POS-010                  MARIA BARROS
   Rule 982.9.(a)&(b) Rev July 1, 2004            Notary Public
                                                  Commonwealth of Massachusetts
                                                  My Commission Expires
                                                  May 21, 2010

| Attorney or Party without Attorney: <br> Brian J. Robbins, Esq., Bar #190264 <br> Robbins Umeda & Fink, LLP <br> 1010 Second Avenue, Suite 2360 <br> San Diego, CA 92101 <br> Telephone No: (619) 525-3990    FAX No: (619) 525-3991 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District Of Massachusetts | |
| Plaintiff: Gary Caviness | |
| Defendant: Lawrence B. Evans, et al. | |

| **AFFIDAVIT OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 0412524RCL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Tue., Jan. 11, 2005
   b. Place of Mailing:      Sacramento, CA 95814
   c. Addressed as follows:  Lawrence B. Evans
                             29 Coolidge Hill Road
                             Cambridge, MA 02138

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jan. 11, 2005 in the ordinary course of business.

5. Person Serving
   a. Janis Dingman
   b. 1st NATIONWIDE LEGAL SERVICES, INC.
      501 12th Street
      Sacramento, CA 95814
   c. (916) 449-8990, FAX (916) 449-8991

Fee for Service:
I Declare under penalty of perjury under the Massachusetts that the foregoing is true and corre foregoing is true and correct.

JAN 1 1 2005
(Date)            (signature)

S. L. NELSON
Commission # 1308504
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2005

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 6-10-05
                       (Date)

Judicial Council form POS-010        AFFIDAVIT OF SERVICE        (Notary Public)        brrob.24406
Rule 982.9.(a)&(b) Rev July 1, 2004        By Mail