UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
GARY CAVINESS, Derivatively on Behalf of       :
ASPEN TECHNOLOGY INC.,                         :
                                               :    Civil Action
                                               :    No. 04-12524-JLT
           Plaintiff,                          :
    v.                                         :
                                               :
LAWRENCE B. EVANS, LISA W. ZAPPALA,            :
DAVID L. MCQUILLIN, CHARLES F. KANE,           :
STEPHEN M. JENNINGS, JOAN C.                   :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.             :
KINGSLEY, GARY E. HAROIAN, MARK                :
FUSCO, DONALD P. CASEY, STEPHEN L.             :
BROWN, JOSEPH F. BOSTON, DOUGLAS R.            :
BROWN and GRESHAM T. BREBACH,                  :
                                               :
           Defendants,                         :
                                               :
and                                            :
                                               :
ASPEN TECHNOLOGY INC., a Delaware              :
corporation,                                   :
           Nominal Defendant.                  x
-------------------------------------

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel that the briefing schedule with respect to defendants' responses to the Amended Shareholder Derivative Complaint ("Amended Complaint") shall be as follows:

1) Nominal defendant Aspen Technology, Inc. ("Aspen Tech"), and Individual defendants Stephen M. Jennings, Joan McArdle, Michael Pehl, Douglas A. Kingsley, Gary E. Haroian, Mark Fusco, Donald P. Casey, (the "Current Outside - Directors"); Stephen L. Brown, Joseph F. Boston, Douglas R. Brown, Gresham T. Brebach, (the "Former Directors")

and Charles F. Kane shall respond to the Amended Complaint on or before April 19, 2005 as required by the applicable rules of civil procedure and local rules.

        2)      Individual defendants Lawrence B. Evans, Lisa W. Zappala and David L. McQuillin shall respond to the Amended Complaint on or before April 22, 2005.

        3)      Plaintiff Gary Caviness shall object to defendants' responses to the Amended Complaint on or before May 6, 2005.

Dated: April 11, 2005
Boston, Massachusetts

Respectfully Submitted,

| | |
|---|---|
| /s/ Mary T. Sullivan | /s/ Kerry Dakin |
| Mary T. Sullivan (BBO # 487130) | Thomas J. Dougherty (BBO # 132300) |
| SEGAL ROITMAN & COLEMAN | Justin J. Daniels (BBO # 656118) |
| 11 Beacon Street, Suite 500 | Kerry Dakin (BBO # 640826) |
| Boston, Massachusetts 02108 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| (617) 742-0208 | One Beacon Street |
| | Boston, Massachusetts 02108 |
| Brian J. Robbins | (617) 573-4800 |
| Jefferey P. Fink | |
| ROBBINS UMEDA & FINK, LLP | Counsel for Defendants Aspen Technology, |
| 1010 Second Avenue, Suite 2360 | Inc., the Current Outside-Directors, the |
| San Diego, California 92101 | Former Directors and Charles F. Kane |
| (619) 525-3990 | |
| | |
| Counsel for Plaintiff Gary Caviness | |
| | /s/ Kevin B. Currid |
| | Nicholas C. Theodorou (BBO # 495730) |
| | Brandon F. White (BBO # 525020) |
| | Kevin B. Currid (BBO # 644413) |
| | FOLEY HOAG LLP |
| | Seaport World Trade Center West |
| | 155 Seaport Boulevard |
| | Boston, Massachusetts 02210 |
| | (617) 832-1000 |
| | |
| | Counsel for Defendant Lawrence B. Evans |

                                           /s/ John J. Falvey
John J. Falvey, Jr. (BBO #542674)
Christopher C. Nee (BBO # 651472)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

Counsel for Defendant
Lisa W. Zappala



                                           /s/ John A.D. Gilmore
John A.D. Gilmore (BBO #478680)
PIPER RUDNICK LLP
One International Place.
Boston, Massachusetts 02110
(617) 406-6000

Counsel for Defendant
David L. McQuillin



SO ORDERED:
Dated: _____    _____

                                                          Joseph L. Tauro
                                                          United States District Judge