UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
GARY CAVINESS, Derivatively on Behalf of :
ASPEN TECHNOLOGY INC.,
                                    :
            Plaintiff,              :   Civil Action
                                    :   No. 04-12524-JLT
        v.                          :

LAWRENCE B. EVANS, LISA W. ZAPPALA,     :   **ORAL ARGUMENT**
DAVID L. MCQUILLIN, CHARLES F. KANE,    :   **REQUESTED**
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,      :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.       :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,                             :

            Defendants,             :

and                                 :

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,
                                    :
            Nominal Defendant.
---------------------------------- x

## ASPEN TECHNOLOGY, INC.'S, CURRENT OUTSIDE-DIRECTORS' AND FORMER OUTSIDE-DIRECTORS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 23.1 AND 12(b)(6)

Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), Aspen Technology, Inc. ("AspenTech"), Stephen M. Jennings, Joan C. McArdle, Michael Pehl, Douglas A. Kingsley, Gary E. Haroian, Mark Fusco, Donald P. Casey ("Current Outside-Directors"), Douglas R. Brown and Gresham T. Brebach ("Former Outside-Directors") respectfully move this Court to dismiss the Plaintiff's purported Amended Verified Shareholder Derivative Complaint (the "Amended Complaint") for failure to make a demand on the board of directors of AspenTech and for failing to allege particularized facts showing

why Plaintiff's failure to make a demand should be excused. The grounds for this motion are set forth more fully in the accompanying memorandum.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), AspenTech, Current Outside-Directors and Former Outside-Directors respectfully request oral argument on this motion.

Dated: April 19, 2005
      Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Aspen Technology, Inc.,
Current Outside-Directors and
Former Outside-Directors

## Certificate Under Local Rule 7.1(A)(2)

I, Thomas J. Dougherty, hereby certify that I conferred with counsel for Mr. Caviness in an attempt to resolve or narrow the issues involved in this motion.

Dated: April 19, 2005

_____
Thomas J. Dougherty

## Certificate Of Service

I, Kerry Dakin, hereby certify that on April 19, 2005, I caused a true copy of the foregoing Aspen Technology, Inc.'s, Current Outside-Directors' And Former Outside-Directors' Motion To Dismiss The Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 And 12(b)(6) to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: April 19, 2005

_____
Kerry Dakin

## SERVICE LIST

**BY HAND**
Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

**Counsel for Plaintiff**

**BY FEDEX**
Brian J. Robbins, Esq,
Jeffrey P. Fink, Esq.
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

**Counsel for Plaintiff**

**BY HAND**
John J. Falvey, Jr., Esq.
Christopher C. Nee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

**Counsel for Lisa Zappala**

**BY HAND**
John A.D. Gilmore, Esq.
Piper Rudnick LLP
One International Place, 21st Fl.
Boston, MA 02110

**Counsel for David McQuillin**

**BY HAND**
Nicholas Theodorou, Esq.
Brandon White, Esq.
Kevin Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

**Counsel for Lawrence Evans**