UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
GARY CAVINESS, Derivatively on Behalf of : 
ASPEN TECHNOLOGY INC.,

          Plaintiff,  :  Civil Action
                        : No. 04-12524-JLT
    v.

LAWRENCE B. EVANS, LISA W. ZAPPALA,  : **ORAL ARGUMENT**
DAVID L. MCQUILLIN, CHARLES F. KANE,  : **REQUESTED**
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,  :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.  :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,  :

          Defendants,  :

and

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,

          Nominal Defendant.  :
---------------------------------x

### STEPHEN L. BROWN'S JOINDER IN ASPEN TECHNOLOGY, INC.'S, CURRENT OUTSIDE-DIRECTORS' AND FORMER OUTSIDE-DIRECTORS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 23.1 AND 12(b)(6) AND ADOPTION OF MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS

Defendant Stephen L. Brown hereby joins in Aspen Technology, Inc.'s, Current Outside-Directors' and Former Outside-Directors' Motion To Dismiss The Amended Complaint Pursuant To Fed. R. Civ. P. 23.1 And 12(b)(6) and adopts the arguments stated in the memorandum of law in support thereof.

For the reasons stated therein, the Amended Complaint should be dismissed with prejudice in its entirety.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Stephen L. Brown respectfully requests oral argument on this motion.

Dated: April 19, 2005
Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Stephen L. Brown

### Certificate Under Local Rule 7.1(A)(2)

I, Thomas J. Dougherty, hereby certify that I have conferred with counsel for Mr. Caviness in an attempt to resolve or narrow the issues involved in this motion.

Dated: April 19, 2005

_____
Thomas J. Dougherty

### Certificate Of Service

I, Kerry Dakin, hereby certify that on April 19, 2005, I caused a true copy of the foregoing Stephen L. Brown's Joinder In Aspen Technology, Inc.'s, Current Outside-Directors' And Former Outside-Directors' Motion To Dismiss The Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 And 12(b)(6) And Adoption Of The Memorandum Of Law In Support Of The Motion To Dismiss to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: April 19, 2005

_____
Kerry Dakin

## SERVICE LIST

**BY HAND**
Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

**Counsel for Plaintiff**

**BY FEDEX**
Brian J. Robbins, Esq,
Jeffrey P. Fink, Esq.
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

**Counsel for Plaintiff**

**BY HAND**
John J. Falvey, Jr., Esq.
Christopher C. Nee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

**Counsel for Lisa Zappala**

**BY HAND**
John A.D. Gilmore, Esq.
Piper Rudnick LLP
One International Place, 21st Fl.
Boston, MA 02110

**Counsel for David McQuillin**

**BY HAND**
Nicholas Theodorou, Esq.
Brandon White, Esq.
Kevin Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

**Counsel for Lawrence Evans**

**BY HAND**
Steven J. Doyle, Esq.
Aspen Technology, Inc.
10 Canal Park
Cambridge, MA 02141-2200

**Counsel for Charles Kane & Joseph Boston**