UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARY CAVINESS, Derivatively on<br>Behalf of ASPEN TECHNOLOGY, INC.,<br><br>     Plaintiff<br><br>v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA,<br>DAVID L. McQUILLIN, CHARLES F. KANE, STEPHEN M.<br>JENNINGS, JOAN C. McCARDLE, MICHAEL PHEHL,<br>DOUGLAS A. KINGSLEY, GARY E. HAROIAN,<br>MARK FUSCO, DONALD P. CASEY, STEPHEN L.<br>BROWN, JOSEPH F. BOSTON, DOUGLAS R.<br>BROWN and GRESHAM T. BREBACH,<br><br>     Defendants,<br><br>And<br><br>ASPEN TECHNOLOGY INC., a Delaware Corporation<br><br>     Nominal Defendant. | Civil Action<br>No. 04-12524-JLT |

### DEFENDANT DAVID McQUILLIN'S MOTION TO DISMISS
### THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 23.1 AND
### 12(b)(6) and LOCAL RULE 7.1 (A)(2) CERTIFICATE

Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), Defendant David L. McQuillin ("McQuillin") hereby moves to dismiss Plaintiff's Amended Shareholder Derivative Complaint for failure to make a demand on the Board of Directors of Aspen Technology, Inc. and for failure to allege particularized facts showing why Plaintiff's failure to make a demand should be excused. In support of this Motion, McQuillin submits the accompanying Memorandum.

Dated: April 21, 2005

Respectfully submitted,

DAVID L. McQUILLIN,

By his attorneys,

_____
John A.D. Gilmore (BBO#542674)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110-2600
617.406.6000


## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I, John A.D. Gilmore, hereby certify that I conferred with counsel for Mr. Caviness in an attempt to resolve or narrow the issues involved in this motion.

_____
John A.D. Gilmore


## CERTIFICATE OF SERVICE

I, John A.D. Gilmore, hereby certify that, on April 21, 2005, I caused a true copy of the foregoing Defendant David L. McQuillin's Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) and Local Rule 7.1.(A)(2) Certificate to be served upon counsel of record on the attached service list by first-class mail.

_____
John A.D. Gilmore

SERVICE LIST

Kevin B. Currid, Esq
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Brian J. Robbins, Esq.
Jeffrey P. Fink
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

Thomas J. Dougherty, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

John Falvey, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109