UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC., <br><br>    Plaintiff, <br><br>    v. <br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH, <br><br>    Defendants. <br><br>and <br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation, <br><br>    Nominal Defendant. | CIVIL ACTION No. 04-12524-JLT <br><br>**ORAL ARGUMENT** <br> **REQUESTED** |

**DEFENDANT LAWRENCE B. EVANS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**
**PURSUANT TO FED.R.CIV.P. 23.1 AND 12(b)(6)**

Pursuant to Fed. R.Civ. P. 23.1 and 12(b)(6), Defendant Lawrence B. Evans ("Evans") hereby moves to dismiss plaintiff's purported Verified Amended Shareholder Derivative Complaint (the "Amended Complaint") for failure to make a demand on the board of directors of Aspen Technology, Inc. and for failing to allege particularized facts showing why plaintiff's failure to make a demand should be excused. In support of his Motion, Evans submits the accompanying memorandum.

- 2 -

## REQUEST FOR ORAL ARGUMENT

      Evans respectfully requests oral argument on the foregoing motion pursuant to Local Rule 7.1(D).

|  |  |
|---|---|
|  | /s/ Kevin B. Currid |
|  | Nicholas C. Theodorou (BBO #495730) |
|  | Brandon F. White (BBO #525020) |
|  | Kevin B. Currid (BBO #644413) |
|  | FOLEY HOAG LLP |
|  | Seaport World Trade Center West |
|  | 155 Seaport Boulevard |
|  | Boston, Massachusetts 02210 |
| Dated:  April 22, 2005 | (617) 832-1000 |
|  |  |
|  | Counsel for Defendant |
|  | Lawrence B. Evans |

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Kevin B. Currid, one of the attorneys for defendant Lawrence B. Evans ("Evans"), state that on April 14, 2005, I conferred with counsel for plaintiff Gary Caviness, and we were unable to resolve the issues raised in the foregoing Motion.

>  */s/* Kevin B. Currid_____
>  Kevin B. Currid  (BBO# 644413)

Dated: April 22, 2005

B3022735.1