UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>      Defendants.<br><br>and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation,<br><br>      Nominal Defendant. | CIVIL ACTION No. 04-12524-JLT |

**MEMORANDUM IN SUPPORT OF DEFENDANT**
**LAWRENCE B. EVAN'S MOTION TO DISMISS THE AMENDED COMPLAINT**
**PURSUANT TO FED.R.CIV.P. 23.1 AND 12(b)(6)**

      Defendant Lawrence B. Evans moves to dismiss plaintiff's purported Verified Amended Shareholder Derivative Complaint (the "Amended Complaint") pursuant to Fed.R.Civ.P. 23.1, and 12(b)(6) for the reasons stated in Aspen Technology, Inc.'s, Current Outside-Directors' and Former Outside-Directors' Memorandum of Law in Support of Their Motion To Dismiss the Amended Complaint Pursuant to Fed.R.Civ.P. 23.1 and 12(b)(6) filed in the above-captioned action on April 19, 2005.

                          Respectfully submitted,

                          /s/ Kevin B. Currid
                          Nicholas C. Theodorou (BBO #495730)
                          Brandon F. White (BBO #525020)
                          Kevin B. Currid (BBO #644413)
                          FOLEY HOAG LLP
                          Seaport World Trade Center West
                          155 Seaport Boulevard
                          Boston, Massachusetts 02210
Dated:  April 22, 2005          (617) 832-1000

                          Counsel for Defendant
                          Lawrence B. Evans

B3022737.1