UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>       Plaintiff,<br><br>  v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>       Defendant,<br><br>  and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>       Nominal Defendant. | Civil Action No.04-12524-JLT |

**DEFENDANT LISA W. ZAPPALA'S MOTION TO DISMISS**

      Pursuant to Fed. R. Civ. P. 23.1, Defendant Lisa W. Zappala ("Zappala") hereby moves to dismiss plaintiff's Verified Amended Shareholder Derivative Complaint for failure to make a demand on the board of directors of Aspen Technology, Inc. and for failing to allege particularized facts showing why plaintiff's failure to make a demand should be excused. In support of this Motion, Zappala submits the accompanying memorandum.

        Respectfully submitted,

        /s/ John J. Falvey
        John J. Falvey, Jr. (BBO # 542674)
        Christopher C. Nee (BBO # 651472)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        617.570.1000

Dated: April 22, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     I, Christopher C. Nee, hereby certify that, on April 22, 2005, counsel for defendant Lisa W. Zappala attempted to confer with counsel for the plaintiff but was unable to contact counsel for plaintiff and did not obtain assent for this Motion to Dismiss. Based on the experiences of counsel for other defendants, counsel for defendant Lisa W. Zappala does not believe that the issues in the issues in this motion would have been narrowed or resolved

Dated: April 22, 2005                /s/ Christopher C. Nee
                                                 Christopher C. Nee