UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY INC.<br><br>   Plaintiff,<br><br> v.<br><br>LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID L. MCQUILLIN, CHARLES F. KANE, STEPHEN M. JENNINGS, JOAN C. MCCARDLE, MICHAEL PEHL, DOUGLAS A. KINGSLEY, GARY E. HAROIAN, MARK FUSCO, DONALD P. CASEY, STEPHEN L. BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN and GRESHAM T. BREBACH,<br><br>   Defendant,<br><br> and<br><br>ASPEN TECHNOLOGY, INC., a Delaware corporation<br><br>   Nominal Defendant. | Civil Action No.04-12524-JLT |

**MEMORANDUM IN SUPPORT OF DEFENDANT
<u>LISA W. ZAPPALA'S MOTION TO DISMISS</u>**

  Defendant Lisa W. Zappala moves to dismiss plaintiff's Verified Amended Shareholder Derivative Complaint pursuant to Fed.R.Civ.P. 23.1, for the reasons stated in Aspen Technology, Inc.'s, the Outside Directors', and Charles F. Kane's Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Fed.R.Civ.P. 23.1 filed on April 19, 2005.

Respectfully submitted,

/s/ John J. Falvey_____
John J. Falvey, Jr. (BBO#542674)
Christopher C. Nee (BBO # 651472)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated:  April 22, 2005