UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GARY CAVINESS, Derivatively on Behalf of      :
ASPEN TECHNOLOGY INC.,                        :
                                              :                Civil Action
                                              :                No. 04-12524-JLT
                        Plaintiff,            :
                                              :
        v.                                    :
                                              :
LAWRENCE B. EVANS, LISA W. ZAPPALA,           :
DAVID L. MCQUILLIN, CHARLES F. KANE,          :
STEPHEN M. JENNINGS, JOAN C.                  :
MCCARDLE, MICHAEL PEHL, DOUGLAS A.            :
KINGSLEY, GARY E. HAROIAN, MARK               :
FUSCO, DONALD P. CASEY, STEPHEN L.            :
BROWN, JOSEPH F. BOSTON, DOUGLAS R.           :
BROWN and GRESHAM T. BREBACH,                 :
                                              :
                        Defendants,           :
                                              :
and                                           :
                                              :
ASPEN TECHNOLOGY INC., a Delaware             :
corporation,                                  :
                        Nominal Defendant.    x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

counsel that the briefing schedule with respect to defendants' responses to the Amended

Shareholder Derivative Complaint ("Amended Complaint") shall be as follows:

1)      Nominal defendant Aspen Technology, Inc. ("Aspen Tech"), and

Individual defendants Stephen M. Jennings, Joan McArdle, Michael Pehl, Douglas A. Kingsley,

Gary E. Haroian, Mark Fusco, Donald P. Casey, (the "Current Outside - Directors"); Stephen L.

Brown, Joseph F. Boston, Douglas R. Brown, Gresham T. Brebach, (the "Former Directors")

ALLOWED
5/4/05

and Charles F. Kane shall respond to the Amended Complaint on or before April 19, 2005 as

required by the applicable rules of civil procedure and local rules.

        2)      Individual defendants Lawrence B. Evans, Lisa W. Zappala and David L.

McQuillin shall respond to the Amended Complaint on or before April 22, 2005.

        3)      Plaintiff Gary Caviness shall object to defendants' responses to the

Amended Complaint on or before May 6, 2005.

Dated: April 11, 2005
Boston, Massachusetts

Respectfully Submitted,

*/s/* Mary T. Sullivan
Mary T. Sullivan (BBO # 487130)
SEGAL ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, Massachusetts 02108
(617) 742-0208

Brian J. Robbins
Jefferey P. Fink
ROBBINS UMEDA & FINK, LLP
1010 Second Avenue, Suite 2360
San Diego, California 92101
(619) 525-3990

Counsel for Plaintiff Gary Caviness

*/s/* Kerry Dakin
Thomas J. Dougherty (BBO # 132300)
Justin J. Daniels (BBO # 656118)
Kerry Dakin (BBO # 640826)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants Aspen Technology,
Inc., the Current Outside-Directors, the
Former Directors and Charles F. Kane

*/s/* Kevin B. Currid
Nicholas C. Theodorou (BBO # 495730)
Brandon F. White (BBO # 525020)
Kevin B. Currid (BBO # 644413)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for Defendant Lawrence B. Evans

_/s/_ John J. Falvey_____
John J. Falvey, Jr. (BBO #542674)
Christopher C. Nee (BBO # 651472)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

Counsel for Defendant
Lisa W. Zappala


_/s/_ John A.D. Gilmore_____
John A.D. Gilmore (BBO #478680)
PIPER RUDNICK LLP
One International Place.
Boston, Massachusetts 02110
(617) 406-6000

Counsel for Defendant
David L. McQuillin

SO ORDERED:
Dated: _____ 5/9/05

_____
Joseph L. Tauro
United States District Judge