UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
GARY CAVINESS, Derivatively on Behalf of  :
ASPEN TECHNOLOGY INC.,
                                          :
        Plaintiff,                              Civil Action
                                          :     No. 04-12524-JLT
    v.
                                          :
LAWRENCE B. EVANS, LISA W. ZAPPALA, DAVID
L. MCQUILLIN, CHARLES F. KANE, STEPHEN M.
JENNINGS, JOAN C. MCARDLE, MICHAEL PEHL,  :
DOUGLAS A. KINGSLEY, GARY E. HAROIAN,
MARK FUSCO, DONALD P. CASEY, STEPHEN L.   :
BROWN, JOSEPH F. BOSTON, DOUGLAS R. BROWN :
and GRESHAM T. BREBACH,
                                          :
        Defendants,
                                          :
and

ASPEN TECHNOLOGY INC., a Delaware corporation,  :

        Nominal Defendant.                :
------------------------------------- x

### AMENDED LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Mr. Caviness has informed the undersigned that she has no objection to Defendants' Motion For Leave To File a Reply Memorandum, filed May 17, 2005.

As a result, counsel for Defendants hereby updates the Certificate Under Local Rule 7.1(A)(2):

### Updated Certificate Under Local Rule 7.1(A)(2)

Counsel for Mr. Caviness does not oppose Defendants' Motion For Leave To Submit A Reply Memorandum.

Dated: May 18, 2005
    Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Aspen Technology, Inc.,
Current Outside-Directors and
Former Outside-Directors

### Certificate Of Service

I, Thomas J. Dougherty, hereby certify that on May 18, 2005, I caused a true copy of the foregoing Amended Local Rule 7.1(A)(2) Certificate to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: May 18, 2005

_____
Thomas J. Dougherty

## SERVICE LIST

**BY HAND**
Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

**Counsel for Plaintiff**

**BY FEDEX**
Brian J. Robbins, Esq,
Jeffrey P. Fink, Esq.
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

**Counsel for Plaintiff**

**BY HAND**
John J. Falvey, Jr., Esq.
Christopher C. Nee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

**Counsel for Lisa Zappala**

**BY HAND**
John A.D. Gilmore, Esq.
Piper Rudnick LLP
One International Place, 21st Fl.
Boston, MA 02110

**Counsel for David McQuillin**

**BY HAND**
Nicholas Theodorou, Esq.
Brandon White, Esq.
Kevin Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

**Counsel for Lawrence Evans**

**BY HAND**
Steven J. Doyle, Esq.
Aspen Technology, Inc.
10 Canal Park
Cambridge, MA 02141-2200

**Counsel for Charles Kane & Joseph Boston**