UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAY 20  A 11: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------ x
GARY CAVINESS, Derivatively on Behalf of  :
ASPEN TECHNOLOGY INC.,
                                          :
       Plaintiff,                             Civil Action
                                          :   No. 04-12524-JLT
    v.
                                          :
LAWRENCE B. EVANS, LISA W. ZAPPALA,
DAVID L. MCQUILLIN, CHARLES F. KANE,      :
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,        :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.        :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,                               :

       Defendants,                        :

and                                       :

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,
                                          :
       Nominal Defendant.
------------------------------------ x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for individual defendants Charles F. Kane and Joseph F. Boston in the above-captioned action.

Dated: April 19, 2005
       Boston, Massachusetts

Respectfully submitted,

_____
Stephen J. Doyle (BBO # 134170)
Aspen Technology, Inc.
Ten Canal Park
Cambridge, Massachusetts 02141

Counsel for Defendants
Charles F. Kane and Joseph F. Boston

### Certificate Of Service

    I, Stephen J. Doyle, hereby certify that on April 19, 2005, I caused a true copy of the foregoing Notice of Appearance to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: April 19, 2005

_____
Stephen J. Doyle

## SERVICE LIST

**BY HAND**
Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

**Counsel for Plaintiff**

**BY FEDEX**
Brian J. Robbins, Esq,
Jeffrey P. Fink, Esq.
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101

**Counsel for Plaintiff**

**BY HAND**
John J. Falvey, Jr., Esq.
Christopher C. Nee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

**Counsel for Lisa Zappala**

**BY HAND**
John A.D. Gilmore, Esq.
Piper Rudnick LLP
One International Place, 21st Fl.
Boston, MA 02110

**Counsel for David McQuillin**

**BY HAND**
Nicholas Theodorou, Esq.
Brandon White, Esq.
Kevin Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

**Counsel for Lawrence Evans**

**BY HAND**
Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Kerry Dakin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

**Counsel for Aspen Technology, Inc., Current Outside Directors & Former Outside Directors**