UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
GARY CAVINESS, Derivatively on Behalf of : 
ASPEN TECHNOLOGY INC.,
                                         :
         Plaintiff,                      :          Civil Action
                                         :          No. 04-12524-JLT
    v.                                   :
                                         :
LAWRENCE B. EVANS, LISA W. ZAPPALA,
DAVID L. MCQUILLIN, CHARLES F. KANE,     :
STEPHEN M. JENNINGS, JOAN C. MCCARDLE,
MICHAEL PEHL, DOUGLAS A. KINGSLEY,       :
GARY E. HAROIAN, MARK FUSCO, DONALD P.
CASEY, STEPHEN L. BROWN, JOSEPH F.       :
BOSTON, DOUGLAS R. BROWN and GRESHAM
T. BREBACH,                              :

         Defendants,                     :

and                                      :

ASPEN TECHNOLOGY INC., a Delaware corpora- :
tion,
                                         :
         Nominal Defendant.
------------------------------- x

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), Thomas J. Dougherty, Justin J. Daniels and Kerry Dakin move this Court for leave to withdraw their appearance as counsel of record for Charles F. Kane and Joseph F. Boston in the above-captioned action.

The grounds for this motion are as follows:

1.      Thomas J. Dougherty, Justin J. Daniels and Kerry Dakin appeared in this action on behalf defendants Charles F. Kane and Joseph F. Boston on January 7, 2005.

2.  On April 19, 2005, Stephen J. Doyle, General Counsel of Aspen Technology, Inc., filed a notice of appearance for, and will represent, defendants Charles F. Kane and Joseph F. Boston in the above-captioned action.

WHEREFORE, Thomas J. Dougherty, Justin J. Daniels and Kerry Dakin respectfully request that this motion for leave to withdraw appearance be granted.

Dated: April 19, 2005
Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
Kerry Dakin (BBO #640826)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

### Certificate Of Service

I, Kerry Dakin, hereby certify that on April 19, 2005, I caused a true copy of the foregoing Motion For Leave To Withdraw to be served upon counsel of record for each party as indicated on the service list attached hereto.

Dated: April 19, 2005

_____
Kerry Dakin

## SERVICE LIST

**BY HAND**
Mary T. Sullivan, Esq.
Segal Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA  02108

**Counsel for Plaintiff**

**BY FEDEX**
Brian J. Robbins, Esq,
Jeffrey P. Fink, Esq.
Robbins Umeda & Fink LLP
1010 Second Avenue, Suite 2360
San Diego, CA  92101

**Counsel for Plaintiff**

**BY HAND**
John J. Falvey, Jr., Esq.
Christopher C. Nee, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109

**Counsel for Lisa Zappala**

**BY HAND**
John A.D. Gilmore, Esq.
Piper Rudnick LLP
One International Place, 21st Fl.
Boston, MA  02110

**Counsel for David McQuillin**

**BY HAND**
Nicholas Theodorou, Esq.
Brandon White, Esq.
Kevin Currid, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600

**Counsel for Lawrence Evans**

**BY HAND**
Steven J. Doyle, Esq.
Aspen Technology, Inc.
10 Canal Park
Cambridge, MA 02141-2200

**Counsel for Charles Kane & Joseph Boston**