UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY CAVINESS, Derivatively on Behalf of ASPEN TECHNOLOGY, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| LAWRENCE B. EVANS et al., | * * | Civil Action No. 04-12524-JLT |
| Defendants, | * * | |
| And | * * | |
| ASPEN TECHNOLOGY, INC., | * * | |
| Nominal Defendant. | * | |

ORDER

August 18, 2005

TAURO, J.

This court hereby orders that:

1. Aspen Technology, Inc.'s, Current Outside-Directors' and Former Outside-Directors' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) [#40] is ALLOWED;

2. Stephen L. Brown's Joinder in Aspen Technology, Inc.'s, Current Outside-Directors' and Former Outside-Directors' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) [#42] is ALLOWED;

3. Defendant David McQuillin's Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) [#43] is ALLOWED;

4. <u>Defendant Lawrence B. Evans's Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6)</u> [#45] is ALLOWED;

5. <u>Defendant Lisa W. Zappala's Motion to Dismiss</u> [#47] is ALLOWED; and

6. <u>Charles F. Kane's and Joseph F. Boston's Joinder in Aspen Technology, Inc.'s, Current Outside-Directors' and Former Outside-Directors' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6)</u> [#54] is ALLOWED.

IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro  
                                                     United States District Judge